UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>SOPHIA CISNEROS-NOYOLA,<br><br>　　　　　　Defendant. | CASE NO. 1:21-MJ-00042-BAM<br><br>**UNSEALING ORDER** |

Good cause due to the defendant's pending initial appearance on the Complaint in the Eastern District of California, it is hereby ordered that the Complaint, Arrest Warrant, and related court filings in the above matter, be UNSEALED.

DATED: MAY __14__, 2021

　　　　　　　　　　　　　　　　　　　　_/s/ Erica P. Grosjean_
　　　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE