Robert C Lamanuzzi, Esq (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009

Attorney for Defendant: Sofia Cisneros Noyola

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>SOFIA CISNEROS NOYOLA<br><br>Defendant. | No. 1:21-cr-00148-KJM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND ORDER** |

On May 27th, 2021, Defendant Sofia Cisneros-Noyola was indicted on federal charges. CJA Panel Attorney, Robert Lamanuzzi, was appointed as trial counsel to represent Mr. Sofia Cisneros-Noyola on May 28th, in her criminal case. Ms. Cisneros-Noyola was sentenced pursuant to plea agreement on May 6th, 2025. The time for filing a direct appeal was May 20th, 2025. No direct appeal was filed. Ms. Cisneros-Noyola was out of custody at sentencing. Ms. Cisneros-Noyola remained out of custody and ordered to report to Probation. The trial phase of Ms. Cisneros-Noyola criminal case has, therefore, come to an end. Having completed his representation of Ms. Cisneros-Noyola, CJA attorney, Robert Lamanuzzi, now moves to terminate his appointment under the Criminal Justice Act.

Should Ms. Cisneros-Noyola require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 801 I St., 3rd Floor,

Sacramento, CA 95814, or by phone at (916) 498-5700 (collect) or (855) 328-8339 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist her.

Dated: May 28th, 2025                                          Respectfully submitted,


                                                /s/ Robert Lamanuzzi
                                                Robert Lamanuzzi, Attorney for
                                                Defendant, Sofia Cisneros-Noyola

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 801 I St., 3rd Floor, Sacramento, CA 95814.  The phone number for the office is (916) 498-5700 (collect) or (855) 328-8339 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Sofia Cisneros-Noyola at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Sofia Cisneros-Noyola
101 Tinker Way
Sacramento, California 95838

**IT IS SO ORDERED**

Dated:  May 29, 2025.

                                                _____
                                                SENIOR UNITED STATES DISTRICT JUDGE